PHILLIP V. R. STANTON, Appellant, *v.* ELIZABETH R. B. KING, impleaded, etc., Respondent.

(Argued March 26, 1877; decided April 3, 1877.)

REPORTED below, 8 Hun, 4.

*Philip S. Crooke*, for appellant.

*James C. Hays*, for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.